IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:16-CR-00274-BRW

QUINTIN WRIGHT

## ORDER

For the reasons set out below, Defendant's Motion to Reduce Sentence (Doc. No. 64) is DENIED.

Defendant asserts that the BOP is not giving him credit for all of the time he has served in federal custody.[1] Essentially, Defendant is challenging the execution of his sentence, which is not properly advanced in this type of motion.[2] If Defendant is unhappy with the BOP's calculations, he may pursue his administrative remedies through the BOP.

IT IS SO ORDERED, this 27th day of July, 2023.

          Billy Roy Wilson
          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 64.

[2] *Nichols v. Symmes*, 553 F.3d 647, 649 (8th Cir. 2009) (holding that "a claim attacking the execution of that sentence should be brought in a § 2241 petition in the jurisdiction of incarceration").

Case 4:16-cr-00274-BRW   Document 65   Filed 07/27/23   Page 2 of 2